STATE v. BOONE

No. 382P93

Case below: 111 N.C.App. 690

Motion by Attorney General to dismiss defendant's appeal for lack of substantial constitutional question allowed 4 November 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

STATE v. BROOKS

No. 356PA93

Case below: 111 N.C.App. 558

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1993.

STATE v. BRUEHL

No. 369P93

Case below: 111 N.C.App. 267

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 November 1993.

STATE v. FORESTER

No. 302PA93

Case below: 111 N.C.App. 267

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 November 1993. Petition by defendant (Forester) for discretionary review pursuant to G.S. 7A-31 denied 7 November 1993.

STATE v. GRAY

No. 198P93

Case below: 109 N.C.App. 698

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.